UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID C. LETTIERI,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　　　　　　Defendant. | 24cv5032 (LTS)<br><br>CIVIL JUDGMENT |

　　　For the reasons stated in the November 4, 2024, order, this action is dismissed. The Court denies Plaintiff's request to proceed IFP, and the complaint is dismissed without prejudice under the PLRA's "three-strikes" rule. See 28 U.S.C. § 1915(g).4 Plaintiff is barred from filing any future action IFP while he is in custody, unless he is under imminent threat of serious physical injury.5 Id.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:　November 8, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge